UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN W. DUNIGAN,                          No.  2:25-cv-01786-DJC-SCR

        Plaintiff,

        v.                                  ORDER

OTIS D. WRIGHT, JR. et al.,

        Defendants.

On March 24, 2026, plaintiff filed a "Motion to Vacate '100' Year Stayed Releases." ECF No. 27.  Judgment was entered and this action was closed on February 20, 2026.  ECF Nos. 17 & 18.  The Clerk of the Court SHALL STRIKE plaintiff's motion as an impermissible post-judgment motion filed in a closed case.  Plaintiff is advised that documents filed by plaintiff in this Court after the closing date, with the exception of permissible post-judgment motions, will be stricken.

DATED: May 18, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE